IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATHANIEL WHITE,

    Plaintiff,

      v.

JOHN POTTER
Postmaster General United States
Postal Service,

    Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-1759-TWT

OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the

Report and Recommendation [Doc. 13] of the Magistrate Judge recommending

granting the Defendant's Motion for Summary Judgment [Doc. 5] as to the Plaintiff's

hostile environment claim and as to all but one of the Plaintiff's retaliation claims. As

the Plaintiff's claim that his pay was docked for being five minutes late to work, the

Defendant has shown that it had a legitimate nondiscriminatory reason for this.

Therefore, the Court approves and adopts the Report and Recommendation as the

judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 5] is

GRANTED in its entirety.

T:\ORDERS\06\White\06-cv-1759\r&r.wpd

SO ORDERED, this 30 day of April, 2007.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge